UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| ANTHONY STEELY,<br>    Plaintiff, | : : : : | |
| v. | : : | No. 5:20-cv-03778 |
| GALEN CLEMONS,<br>    Defendant. | : : : | |

**O R D E R**

**AND NOW,** this 3rd day of December 2021, upon consideration of the evidence presented during the Bench Trial in this matter held on August 16, 2021, ECF No. 59, the parties' Proposed Findings of Fact and Conclusions of Law, ECF Nos. 62, 63, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on all Counts.

    2.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge